AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dembin, Mitchell D. | District Court - San Diego | 04/22/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

333 W. Broadway
Room 1180
San Diego, CA 92101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - Board of Governors | Association of Bustiness Trial Lawyers - San Diego Chapter |
| 2. | Sole Member | Silver Lining Music, LLC |
| 3. | Trustee | Jayne Joergens Living Trust |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dembin, Mitchell D. | 04/22/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Self-employed attorney |
| 2. | 2019 | Rancho Coastal Humane Society - Salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of Business Trial Lawyers | October 3-5, 2019 | La Quinta, Califronia | Annaul Conferfence | Lodging/Mileage/Registration |
| 2. | Association of Bursiness Trial Lawyers | April 2-4, 2019 | Laguna Beach, California | Joint Board Meeting | Lodging/Mileage/Registration |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dembin, Mitchell D. | 04/22/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dembin, Mitchell D. | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. NML Mutual Fund - jms ira (H) | | | | | | | | | |
| 2. - Bond Fund of America | A | Dividend | J | T | | | | | |
| 3. - Capital World Growth Fund | A | Dividend | J | T | | | | | |
| 4. - Growth Fund of America | A | Dividend | J | T | | | | | |
| 5. - Income Fund of America - Class A | B | Dividend | K | T | | | | | |
| 6. NML Mutual Fund - mdd - ira (H) | | | | | | | | | |
| 7. - Money Market Fund - Class B | A | Dividend | J | T | | | | | |
| 8. - American Century Short Duration Inflation Prot. Fund | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 9. - Baron Asset Fund | B | Dividend | J | T | Buy | 03/19/19 | J | | |
| 10. - Deutsche Enhanced Commodity Strategy | C | Dividend | K | T | | | | | |
| 11. - Dodge & Cox Income Fund | B | Dividend | L | T | | | | | |
| 12. - Euro Pacific Growth Fund | A | Dividend | K | T | | | | | |
| 13. - Fidelity Advisor Mid-cap II Fund | A | Dividend | | | Sold | 03/19/19 | J | B | |
| 14. - Fidelity Advisor New Insights Fund | A | Dividend | L | T | | | | | |
| 15. - Goldman Sachs Absolute Return Tracker | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 16. - Hartford World Bond Fund Class I | A | Dividend | K | T | Sold<br>(part) | 08/20/19 | J | C | |
| 17. - John Hancock Disciplined Fund | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dembin, Mitchell D.** | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   - New World Fund Class F2 | A | Dividend | K | T | | | | | |
| 19.   -Northern Small Cap Value Fund | A | Dividend | K | T | | | | | |
| 20.   - Oakmark International Fund | A | Dividend | K | T | | | | | |
| 21.   - Pimco Income Fund Class P | B | Dividend | K | T | Sold<br>(part) | 08/20/19 | J | A | |
| 22. | | | | | Sold<br>(part) | 10/08/19 | J | A | |
| 23.   - Principal Global | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 24.   - Principal Real Estate Securities Fund | A | Dividend | K | T | Buy | 03/19/19 | K | | |
| 25.   - MFS Value Fund - Class I | B | Dividend | L | T | Sold<br>(part) | 10/08/19 | J | A | |
| 26.   - T Rowe Price Real Estate Fund | A | Dividend | | | Sold | 03/19/19 | K | D | |
| 27.   - TIAA_CREF Bond Fund Advisor | B | Dividend | K | T | Sold<br>(part) | 08/20/19 | J | A | |
| 28.   -Vanguard Short-Term Investment Grade A | A | Dividend | J | T | | | | | |
| 29.   Cabrillo Federal Credit Union | A | Dividend | K | T | | | | | |
| 30.   Jayne Joergens Living Trust (H) | | | | | | | | | |
| 31.   - Chase Bank Account | A | Interest | J | T | | | | | |
| 32.   Wells Fargo Bank - Silver Lining | A | Dividend | J | T | | | | | |
| 33.   NML Whole Life - mdd | C | Dividend | L | T | | | | | |
| 34.   NML Variable Life - mdd #1-63 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dembin, Mitchell D.** | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.    - International Equity Fund | A | Dividend | J | T | | | | | |
| 36.    - Index 500 Stock Fund | A | Dividend | K | T | | | | | |
| 37.    - Midcap Growth Fund | A | Dividend | J | T | | | | | |
| 38.    - Growth Stock Fund | A | Dividend | J | T | | | | | |
| 39.    - Large Cap. Core Fund | A | Dividend | J | T | | | | | |
| 40.   NML Variable Life - mdd #2-27 (H) | | | | | | | | | |
| 41.    - International Equity Fund | A | Dividend | J | T | | | | | |
| 42.    - Index 500 Stock Fund | A | Dividend | K | T | | | | | |
| 43.    - Midcap Growth Fund | A | Dividend | J | T | | | | | |
| 44.    - Growth Stock Fund | A | Dividend | J | T | | | | | |
| 45.    - Large Cap. Core Fund | A | Dividend | J | T | | | | | |
| 46.   NML SEP jms (H) | | | | | | | | | |
| 47.    - Bond Fund of America A | A | Dividend | J | T | | | | | |
| 48.    - Capital World Growth A | A | Dividend | J | T | | | | | |
| 49.    - Growth Fund of America A | A | Dividend | J | T | | | | | |
| 50.    - Income Fund of America A | A | Dividend | K | T | | | | | |
| 51.   Luminore Private Stock (X) | A | Dividend | J | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dembin, Mitchell D.** | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. NML Brokerage - mdd (H) | | | | | | | | | |
| 53. -Money Market Fund Class B | A | Dividend | J | T | | | | | |
| 54. - American Century Intermediate A | A | Dividend | K | T | | | | | |
| 55. - Baron Asset Fund | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 56. -Dodge & Cox Int'l Fund | A | Dividend | J | T | | | | | |
| 57. - Euro Pacific Growth Fund | A | Dividend | J | T | | | | | |
| 58. - Fidelity Advisory Intermediate Muni | A | Dividend | K | T | | | | | |
| 59. - Fidelity Advisor Ltd. Term | A | Dividend | J | T | | | | | |
| 60. -Fidelity Advisor Midcap II Fund | A | Dividend | | | Sold | 03/19/19 | J | A | |
| 61. -Fidelity Advisor New Insights Fund | A | Dividend | J | T | | | | | |
| 62. -Franklin Federal Inter Term Tax-free | A | Dividend | K | T | | | | | |
| 63. - John Hancock Disciplined Value | A | Dividend | J | T | | | | | |
| 64. -MFS Value Fund | A | Dividend | K | T | | | | | |
| 65. -New World Fund Class F2 | A | Dividend | J | T | | | | | |
| 66. -Northern Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 67. - Principal Real Estate Securities Fund | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 68. -Silver Pepper Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -T Rowe Price Tax-free High Yield | A | Dividend | J | T | | | | | |
| 70. -T Rowe Price Real Estate | A | Dividend | | | Sold | 03/19/19 | J | B | |
| 71. NML Variable Annuity - jms (H) | | | | | | | | | |
| 72. - Fidelity VIP Midcap | A | Dividend | J | T | | | | | |
| 73. - Franklin Templeton Int'l Equity | A | Dividend | J | T | | | | | |
| 74. - Index 500 Stock | A | Dividend | K | T | | | | | |
| 75. - Wells Capital Mgmt Select Bond | A | Dividend | K | T | | | | | |
| 76. Attorney Appearance LLC (Y) | | | | | | | | | |
| 77. T Rove Price IRA jms (H) | | | | | | | | | |
| 78. - Spectrumj Moderate | A | Dividend | J | T | Buy | 04/05/19 | J | | |
| 79. - Spectrum Moderate Growth | A | Dividend | J | T | Buy | 04/05/19 | J | | |
| 80. - Retirement 2030 | A | Dividend | J | T | Buy | 04/05/19 | J | | |
| 81. - Spectrum Conservative | A | Dividend | J | T | Buy | 04/05/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dembin, Mitchell D. | 04/22/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Dembin, Mitchell D. | 04/22/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Mitchell D. Dembin**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544